UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Lauren Ashley Barfield**  Docket No. 7:23-CR-00075-M

**Petition for Action on Supervised Release**

COMES NOW Korey A. Cross, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Lauren Ashley Barfield, who, upon an earlier plea of guilty to Conspiracy to Transport Illegal Aliens for Profit, in violation of 8 U.S.C. §§ 1324(a)(1)(A)(v)(I), 1324(a)(1)(A)(ii), and 1324(a)(1)(B)(i), was sentenced by the Honorable Scott H. Rash, United States District Judge for the District of Arizona, on December 27, 2022, to the custody of the Bureau of Prisons for a term of 6 months, with credit for time served. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 36 months.

Lauren Ashley Barfield was released from custody on January 20, 2023, at which time the term of supervised release commenced in the District of Arizona. On April 11, 2023, supervision was transferred to the Eastern District of North Carolina, and on July 19, 2023, jurisdiction was fully accepted.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On February 20, 2024, the defendant submitted to a urinalysis which confirmed positive for methamphetamine by Abbott Laboratory on February 26, 2024. When confronted with the positive test results, the defendant admitted to the validity of the test and apologized for her actions. As a result of the positive drug test, the defendant's substance abuse treatment will be increased. Additionally, as a sanction for the violation, the probation officer respectfully recommends the terms of supervised release be modified to include a 90-day curfew with radio frequency monitoring. In consideration of the defendant's financial situation, it is recommended that the government pay for the location monitoring services.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall adhere to a curfew as directed by the probation officer for a period not to exceed 90 consecutive days. The defendant is restricted to her residence during the curfew hours. The defendant shall submit to the following Location Monitoring: Radio Frequency monitoring and abide by all program requirements, instructions and procedures provided by the supervising officer.

Except as herein modified, the judgment shall remain in full force and effect.

Lauren Ashley Barfield
Docket No. 7:23-CR-00075-M
Petition For Action
Page 2

Reviewed and approved,

/s/ C. Lee Meeks, Jr.
C. Lee Meeks, Jr.
Supervising U.S. Probation Officer

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Korey A. Cross
Korey A. Cross
U.S. Probation Officer
2 Princess Street, Suite 308
Wilmington, NC 28401-4290
Phone: 910-679-2051
Executed On: March 1, 2024

### ORDER OF THE COURT

Considered and ordered this 4th day of March, 2024, and ordered filed and made a part of the records in the above case.

Richard E. Myers II
Richard E. Myers II
Chief United States District Judge